| | |
|---|---|
| 1 | JORDAN ETH (CA SBN 121617) |
| | JEth@mofo.com |
| 2 | ANNA ERICKSON WHITE (CA SBN 161385) |
| | AWhite@mofo.com |
| 3 | CRAIG D. MARTIN (CA SBN 168195) |
| | CMartin@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendant |
| | UCBH Holdings, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUOHUA ZHU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and EBRAHIM SHABUDIN,<br><br>Defendants. | Case No.   CV 09-04208-JSW<br><br>CLASS ACTION<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS** |
| HUY TRAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and CRAIG ON,<br><br>Defendants. | Case No.   CV 09-04429-JSW<br>            (Related Case) |

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS
CASE NO. 09-04208-JSW
sf-2751203

| | | |
|---|---|---|
| SALVADOR PEREZ, Individually and On Behalf of All Others Similarly Situated, | Case No. | CV 09-04492-JSW (Related Case) |
| Plaintiff, | | |
| vs. | | |
| UCBH HOLDINGS, INC., THOMAS S. WU, EBRAHIM SHABUDIN, CRAIG S. ON, MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, BANK OF AMERICA CORPORATION and SANDLER O'NEILL + PARTNERS, L.P., | | |
| Defendants. | | |
| DOMINIQUE DURBIN, Individually and On Behalf of All Others Similarly Situated, | Case No. | CV 09-04513-JSW (Related Case) |
| Plaintiff, | | |
| vs. | | |
| UCBH HOLDINGS, INC., THOMAS S. WU, and CRAIG ON, | | |
| Defendants. | | |

WHEREAS, on September 11, 2009, plaintiff Guohua Zhu filed a complaint that asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Action of 1934 (the "Exchange Act") on behalf of a purported class ("Zhu");

WHEREAS, on September 21, 2009, plaintiff Huy Tran filed a complaint that asserts claims under Sections 10(b) and 20(a) of the Exchange Act on behalf of a purported class ("Tran");

WHEREAS, on September 22, 2009, plaintiff Salvador Perez filed a complaint that asserts claims under Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 and Sections 10(b) and 20(a) of the Exchange Act on behalf of a purported class ("Perez");

WHEREAS, on September 24, 2009, plaintiff Dominique Durbin filed a complaint that asserts claims under Sections 10(b) and 20(a) of the Exchange Act on behalf of a purported class ("Durbin");

WHEREAS, on September 30, 2009, this Court granted Motions to Relate Cases to Zhu thereby finding that the Zhu, Tran, Durbin and Perez actions were related (the "Related Cases");

WHEREAS, there have been two other complaints (listed below) filed since September 22, 2009, involving substantially the same claims and overlapping parties as found in the Related Cases, and those actions are also pending in the United States District Courts for the Northern District of California:

- *Waterford v. UCBH Holdings, Inc. et al* (3:09-cv-04449-MHP), filed September 22, 2009 ("Waterford"); and
- *Nygaard v. UCBH Holdings, Inc. et al* (3:09-cv-04505-VRW), filed September 23, 2009 ("Nygaard");

WHEREAS, motions to consolidate the Related Cases and the other actions into a single action and to appoint a lead plaintiff are expected to be filed;

WHEREAS, the parties understand that the lead plaintiff in these actions will file a consolidated complaint;

WHEREAS, the parties agree that defendants should respond to the consolidated complaint filed by lead plaintiff and not to the individual complaints; and

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS
CASE NO. 09-04208-JSW
sf-2751203

1

WHEREAS, the parties have agreed to a schedule that extends defendants' time to respond to the individual complaints until after a consolidated complaint has been filed.

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

1. Defendants shall not be required to answer or otherwise respond to the Zhu complaint or the related actions; and

2. Defendants shall answer or otherwise respond to a consolidated complaint on a schedule to be agreed upon with the lead plaintiff, or set by the Court.

SO STIPULATED.

Dated: October 19, 2009

JORDAN ETH
ANNA ERICKSON WHITE
CRAIG MARTIN

MORRISON & FOERSTER LLP

By: /s/ Anna Erickson White
      Anna Erickson White

Attorneys for Defendant UCBH Holdings, Inc.

Dated: October 19, 2009

TIMOTHY P. CRUDO
Timothy.Crudo@lw.com
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 391-0600
Fax: (415) 395-8095

By: /s/ Timothy P. Crudo
      Timothy P. Crudo

Attorney for Defendant Thomas Wu

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS
CASE NO. 09-04208-JSW
sf-2751203

2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 19, 2009 | NANCI CLARENCE<br>nclarence@clarencedyer.com |
| 3 | | Clarence & Dyer LLP<br>899 Ellis Street |
| 4 | | San Francisco, CA 94109<br>Tel.: (415) 749-1800 |
| | | Fax: (415) 749-1694 |

By: /s/ Nanci Clarence
     Nanci Clarence

Attorney for Defendant Craig On

Dated: October 19, 2009     JAMES A. LASSART
                            Jlassart@rmkb.com
                            Ropers Majeski Kohn Bentley
                            201 Spear Street, Suite 1000
                            San Francisco, CA 94105
                            Tel.: (415) 543-4800
                            Fax: (415) 972-6301

By: /s/ James A. Lassart
     James A. Lassart

Attorney for Defendant Ebrahim Shabudin

Dated: October 19, 2009     LAURENCE M. ROSEN
                            lrosen@rosenlegal.com
                            The Rosen Law Firm, P.A.
                            333 South Grand Avenue
                            25th Floor
                            Los Angeles, CA 90071
                            Tel.: (213) 785-2610
                            Fax: (213) 226-4684

                            PHILLIP P. KIM
                            pkim@rosenlegal.com
                            The Rosen Law Firm, P.A.
                            350 5th Avenue
                            Suite 5508
                            New York, NY 10118
                            Tel: (212) 686-1060
                            Fax: (212) 202-3827

By: /s/ Laurence M. Rosen
     Laurence M. Rosen

Attorneys for Plaintiff Guohua Zhu

| | | |
|---|---|---|
| 1 | Dated: October 19, 2009 | ERIK D. PETERSON |
| 2 | | RAMZI ABADOU |
| | | epeterson@btkmc.com |
| | | rabadou@btkmc.com |
| 3 | | Barroway Topaz Kessler Meltzer Check, LLP |
| | | 580 California Street |
| 4 | | Suite 1750 |
| | | San Francisco, CA 94104 |
| 5 | | Tel.: (415) 400-3000 |
| | | Fax: (415) 400-3001 |

By: /s/ Erik D. Peterson
      Erik D. Peterson

Attorneys for Plaintiff Salvador Perez

Dated: October 19, 2009

MICHAEL M. GOLDBERG
LIONEL Z. GLANCY
info@glancylaw.com
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel.: (310) 201-9150
Fax: (310) 201-9160

By: /s/ Michael M. Goldberg
      Michael M. Goldberg

Howard G. Smith
Law Offices Of Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

Attorneys for Plaintiffs Dominique Durbin and Huy Tran

Ira M. Press
Kirby McInerney LLP
825 Third Ave, 16th Floor
New York, NY 10022
Telephone: (212) 317-2300
Facsimile: (212) 751-2540

Brian P. Murray
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, New York 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

Attorneys for Plaintiff Dominique Durbin

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS
CASE NO. 09-04208-JSW
sf-2751203

4

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   Dated: ___October 22___, 2009

    _____
    The Honorable Jeffrey S. White
    United States District Judge