JORDAN ETH (CA SBN 121617)
JEth@mofo.com
ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
UCBH Holdings, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUOHUA ZHU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and EBRAHIM SHABUDIN,<br><br>Defendants. | Case No.   CV 09-04208-JSW<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RELATING CASES [CIV. L.R. 3-12]**<br><br>Related Cases:<br><br>*Tran*, CV-09-4429-JSW<br>*Perez*, CV-09-4492-JSW<br>*Durbin*, CV-09-4513-JSW |

1       WHEREAS, on September 11, 2009, plaintiff Guohua Zhu filed a complaint that asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") on behalf of a purported class ("*Zhu*");

      WHEREAS, on September 30, 2009, this Court granted Motions to Relate Cases to *Zhu* thereby finding that the *Zhu* action was related to *Tran v. UCBH Holdings, Inc. et al* (3:09-cv-04429-JSW) ("*Tran*"); *Perez v. UCBH Holdings, Inc. et al* (3:09-cv-04492-JSW) ("*Perez*"); and *Durbin v. UCBH Holdings, Inc. et al* (3:09-cv-04513-JSW) ("*Durbin*");

      WHEREAS, on September 22, 2009, plaintiff Waterford Township General Employees Retirement System filed a complaint that asserts claims under Sections 10(b) and 20(a) of the Exchange Act on behalf of a purported class ("*Waterford*");

      WHEREAS, on September 24, 2009, plaintiffs Daniel Nygaard, Wendy Fong, and James Elam filed a complaint that asserts claims under Sections 10(b) and 20(a) of the Exchange Act on behalf of a purported class ("*Nygaard*"); and

      WHEREAS, the parties believe the *Waterford* and *Nygaard* actions should be related to the *Zhu, Tran, Perez, and Durbin* actions because (1) they involve substantially the same parties, property, transactions, and events; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges;

      IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that the cases should be related, as requested in Defendants' Administrative Motion to Relate Cases, filed herewith.

SO STIPULATED.

Dated: October 23, 2009

JORDAN ETH
ANNA ERICKSON WHITE
CRAIG MARTIN

MORRISON & FOERSTER LLP


By: /s/ Anna Ericson White
      Anna Erickson White

Attorneys for Defendant UCBH Holdings, Inc.

Dated: October 23, 2009

TIMOTHY P. CRUDO
Timothy.Crudo@lw.com
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 391-0600
Fax: (415) 395-8095

By: /s/ Timothy P. Crudo
      Timothy P. Crudo

Attorney for Defendant Thomas Wu

Dated: October 23, 2009

NANCI CLARENCE
nclarence@clarencedyer.com
Clarence & Dyer LLP
899 Ellis Street
San Francisco, CA 94109
Tel.: (415) 749-1800
Fax: (415) 749-1694

By: /s/ Nanci Clarence
      Nanci Clarence

Attorney for Defendant Craig On

Dated: October 23, 2009

JAMES A. LASSART
Jlassart@rmkb.com
Ropers Majeski Kohn Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Tel.: (415) 543-4800
Fax: (415) 972-6301

By: /s/ James A. Lassart
      James A. Lassart

Attorney for Defendant Ebrahim Shabudin

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RELATING CASES
CASE NO. 09-04208-JSW
sf-2751982

2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 23, 2009 | LAURENCE M. ROSEN<br>lrosen@rosenlegal.com |
| 3 | | The Rosen Law Firm, P.A.<br>333 South Grand Avenue<br>25th Floor |

Dated:  October 23, 2009            LAURENCE M. ROSEN
                                    lrosen@rosenlegal.com
                                    The Rosen Law Firm, P.A.
                                    333 South Grand Avenue
                                    25th Floor
                                    Los Angeles, CA 90071
                                    Tel.: (213) 785-2610
                                    Fax: (213) 226-4684

                                    PHILLIP KIM
                                    pkim@rosenlegal.com
                                    The Rosen Law Firm, P.A.
                                    350 5th Avenue
                                    Suite 5508
                                    New York, NY 10118
                                    Tel: (212) 686-1060
                                    Fax: (212) 202-3827

                                    By: /s/ Laurence M. Rosen
                                            Laurence M. Rosen

                                            Attorneys for Plaintiff Guohua Zhu

Dated:  October 23, 2009            ERIK D. PETERSON
                                    RAMZI ABADOU
                                    epeterson@btkmc.com
                                    rabadou@btkmc.com
                                    Barroway Topaz Kessler Meltzer Check, LLP
                                    580 California Street
                                    Suite 1750
                                    San Francisco, CA 94104
                                    Tel.: (415) 400-3000
                                    Fax: (415) 400-3001

                                    By: /s/ Erik D. Peterson
                                            Erik D. Peterson

                                            Attorneys for Plaintiff Salvador Perez

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RELATING CASES
CASE NO. 09-04208-JSW
sf-2751982

3

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 23, 2009 | MICHAEL M. GOLDBERG |
| | | LIONEL Z. GLANCY |
| 3 | | info@glancylaw.com |
| | | Glancy Binkow & Goldberg LLP |
| | | 1801 Avenue of the Stars, Suite 311 |
| 4 | | Los Angeles, CA 90067 |
| | | Tel.: (310) 201-9150 |
| 5 | | Fax: (310) 201-9160 |
| 6 | | By: /s/ Michael M. Goldberg |
| | | Michael M. Goldberg |
| 7 | | |
| | | Howard G. Smith |
| 8 | | Law Offices Of Howard G. Smith |
| | | 3070 Bristol Pike, Suite 112 |
| 9 | | Bensalem, PA 19020 |
| | | Telephone: (215) 638-4847 |
| 10 | | Facsimile: (215) 638-4867 |
| 11 | | Attorneys for Plaintiffs Dominique Durbin and Huy Tran |
| 12 | | |
| | | Ira M. Press |
| 13 | | Kirby McInerney LLP |
| | | 825 Third Ave, 16th Floor |
| 14 | | New York, NY 10022 |
| | | Telephone: (212) 317-2300 |
| 15 | | Facsimile: (212) 751-2540 |
| 16 | | Brian P. Murray |
| | | Murray, Frank & Sailer LLP |
| 17 | | 275 Madison Avenue, Suite 801 |
| | | New York, New York 10016 |
| 18 | | Telephone:   (212) 682-1818 |
| | | Facsimile:     (212) 682-1892 |
| 19 | | |
| | | Attorneys for Plaintiff Dominique Durbin |
| 20 | | |
| 21 | Dated: October 23, 2009 | SHAWN A. WILLIAMS |
| | | shawnw@csgrr.com |
| | | Coughlin Stoia Geller Rudman & Robbins LLP |
| 22 | | 100 Pine Street, 26th Floor |
| | | San Francisco, CA 94111 |
| 23 | | Tel.: (415) 288-4545 |
| | | Fax: (415) 288-4534 |
| 24 | | |
| 25 | | and |
| 26 | | DARREN J. ROBBINS |
| | | DAVID C. WALTON |
| 27 | | MATTHEW P. MONTGOMERY |
| | | darrenr@csgrr.com |
| 28 | | davew@csgrr.com |
| | | mattm@csgrr.com |

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RELATING CASES
CASE NO. 09-04208-JSW
sf-2751982

4

|   |   |
|---|---|
| 1 | 655 West Broadway, Suite 1900 |
| 2 | San Diego, CA 92101<br>Tel.: (619) 231-1058<br>Fax: (619) 231-7423 |

<br>

By: /s/ Shawn A. Williams
    Shawn A. Williams

Attorneys for Plaintiff Waterford Township General Employees Retirement System

Dated: October 23, 2009

ROBERT S. GREEN
Green Welling, P.C.
595 Market Street, Suite 2750
San Francisco, CA 94105
Tel.: (415) 477-6700
Fax: (415) 477-6710

RALPH M. STONE
AMANDA C. SCUDER
rstone@lawssb.com
ascuder@lawssb.com
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Tel.: (212) 239-4340
Fax: (212) 239-4310

By: /s/ Robert S. Green
    Robert S. Green

Attorneys for Plaintiffs Daniel Nygaard, Wendy Fong and James Elam

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _December 14_, 2009

*[signature: Jeffrey S. White]*
The Honorable Jeffrey S. White
United States District Judge