1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  GUOHUA ZHU, Individually and On Behalf
   of All Others Similarly Situated,
10
                           Plaintiff,                No. C 09-4208 JSW
11                                                   No. C 09-4429 JSW
       v.                                            No. C 09-4449 JSW
12                                                   No. C 09-4513 JSW
   UCBH HOLDINGS, INC., THOMAS S. WU,                No. C 09-4505 JSW
13 and EBRAHIM SHABUDIN,
                                                     **ORDER RESETTING HEARING
14                         Defendants.               ON PENDING MOTIONS TO
                                                     APPOINT LEAD COUNSEL**
15
   HUY TRAN, Individually and On Behalf of
16 All Others Similarly Situated,

17                         Plaintiff,

18     v.

19 UCBH HOLDINGS, INC., THOMAS S. WU,
   and CRAIG ON,
20
                           Defendants.
21

22 DOMINIQUE DURBIN, Individually and On
   Behalf of All Others Similarly Situated,
23
                           Plaintiff,
24
       v.
25
   UCBH HOLDINGS, INC., THOMAS S. WU,
26 and CRAIG ON.

27                         Defendants.

28

|  |  |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | WATERFORD TOWNSHIP GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, CRAIG ON, and EBRAHIM SHABUDIN,<br><br>        Defendants. |
| 8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | DANIEL NYGAARD, WENDY FONG, JAMES ELAM, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, CRAIG ON, and EBRAHIM SHABUDIN,<br><br>        Defendants. |

The Court hereby discharges the order to show cause. On November 25, 2009, Defendant UCBH Holdings, Inc. ("UCBH") filed a Notice of Bankruptcy Filing and Automatic Stay. The Notice provides that on November 24, 2009, UCBH filed a voluntary bankruptcy petition in the United States Bankruptcy Court for the Northern District of California. Pursuant to 11 U.S.C. § 362(a), the filing of the petition operates as a stay as to all actions against UCBH. However, the Court finds that the stay with respect to UCBH does not preclude the Court from considering the claims against the non-debtor co-defendants, such as the debtor corporation's officers and directors. *See Cohen v. Stratosphere Corp.,* 115 F.3d 695, 697 (9th Cir.1997); *see also In re AgriBio Tech Sec. Litig.*, 2000 WL 1277603, *3 (D. Nev. March 2, 2000).

The Court directed the parties to file a supplemental brief on the issue of whether hearing claims against the individual defendants, separate from the claims against UCBH, would be in the interests of judicial economy and conserving the parties' resources. Only two

1  individual defendants responded and their response was to state in a conclusory fashion, without
2  providing any argument or explanation, that the interests of judicial economy and conserving
3  the parties' resources would be furthered by the Court staying this matter against all defendants.
4  These conclusory arguments fail to convince the Court that this matter should be stayed against
5  the non-debtor defendants.  Therefore, the Court ORDERS that this action may proceed against
6  the non-debtor defendants.

7  The Court FURTHER ORDERS that the motions to consolidate related actions, for
8  appointment as lead plaintiffs and for approval of their selection of lead counsel filed by (1)
9  Louisiana Municipal Police Employees' Retirement System and the City of Philadelphia Board
10 of Pensions and Retirement, (2) Firefighters' Pension System of the City of Kansas City,
11 Missouri, Trust, (3) Mark Cooper, (4) DeKalb County Pension Fund, (5) Pension Trust Fund for
12 Operating Engineers, (6) Bai Zhi Yan, Yan Properties, Inc., and Daylee Home Brother, Inc., (7)
13 Kyung Cho and the motion for appointment as lead plaintiffs and for approval of their selection
14 of lead counsel filed by Lap Yin Chan and Wai Shan Chan shall be heard on January 29, 2010
15 at 9:00 a.m.

16 **IT IS SO ORDERED.**

18 Dated: December 23, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

3